IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-647-MOC-DCK

| SHELIA ANN PRICE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| BERRY PLASTICS CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Kerry A. Shad, concerning Elmer E. White III on December 23, 2013. Mr. Elmer E. White III seeks to appear as counsel *pro hac vice* for Defendant, Berry Plastics Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Elmer E. White III is hereby admitted *pro hac vice* to represent Defendant, Berry Plastics Corporation.

**SO ORDERED**.

Signed: December 27, 2013

David C. Keesler
United States Magistrate Judge