IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-647-MOC-DCK

| | |
|---|---|
| SHELIA ANN PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BERRY PLASTICS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Philip M. Van Hoy, filed a "Certification Of ADR Session" (Document No. 14) notifying the Court that the parties reached a settlement on September 8, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 10, 2014**.

Signed: September 10, 2014

David C. Keesler
United States Magistrate Judge